**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01818-BNB

JAMES SARDAKOWSKI,

    Plaintiff,

v.

JOHN HICKENLOOPER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On August 1, 2013, Plaintiff filed a pleading titled, "Motion for Moratorium to File, " ECF No. 5, which the Court construes as a request for an extension of time to comply with the Court's July 11, 2013 Order to Cure. Plaintiff's request is granted. He shall have up to and including October 2, 2013, to comply. If Plaintiff fails to comply within the time allowed the Complaint and action will be dismissed without further notice.

Dated:  August 2, 2013