**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01818-BNB

JAMES SARDAKOWSKI,

    Plaintiff,

v.

ROGER WERHOLTZ, In his Official Capacity as Executive Director,
JOANIE SHOEMAKER, In her Official Capacity as Deputy Director of Prisons, Clinical
    Services,
PAULA FRANTZ, In her Official Capacity as Chief Medical Officer,
TRAVIS TRANI, In his Official Capacity as Warden of Centennial Correctional Facility,
    (C.C.F.),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On November 13, 2013, Plaintiff filed a Motion to Clarify and a Motion for Extension of Time. On Page Five of the Prisoner Complaint, Plaintiff states that this action is filed pursuant to 42 U.S.C. § 1983 and in the caption he names several individuals besides the Department of Corrections. The October 17, 2013 Order to Amend properly addresses Plaintiff's Complaint. The Motion to Clarify is answered and the Clerk of the Court is directed to terminate the Motion.

    Plaintiff's Motion to extend the time to amend to January 3, 2013, is unnecessary and denied. The issues are not so complex that Plaintiff needs over two months to conduct research. Plaintiff, therefore, has thirty days from the date of this Minute Order to amend his Complaint. No further extensions will be granted without just cause.

Dated: November 13, 2013,