**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01818-BNB

JAMES SARDAKOWSKI,

    Plaintiff,

v.

ROGER WERHOLTZ, In his Official Capacity as Executive Director,
JOANIE SHOEMAKER, In her Official Capacity as Deputy Director of Prisons, Clinical
    Services,
PAULA FRANTZ, In her Official Capacity as Chief Medical Officer,
TRAVIS TRANI, In his Official Capacity as Warden of Centennial Correctional Facility,
    (C.C.F.),

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On November 25, 2013, Plaintiff filed a Motion to Clarify and a Petition for Rehearing. Plaintiff's Amended Complaint is due December 13, 2013. The Motion to Clarify, ECF No. 17, is answered and the Clerk of the Court is directed to terminate the Motion.

    Plaintiff's Petition for Rehearing, ECF No. 16, is denied. Plaintiff is to complete and submit the Prisoner Complaint by December 13, 2013. The Court finds Plaintiff's motions to clarify and his petition for rehearing border on being malicious and abusive.

Dated:  November 25, 2013,