**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01818-BNB

JAMES SARDAKOWSKI,

    Plaintiff,

v.

ROGER WERHOLTZ, In his Official Capacity as Executive Director,
JOANIE SHOEMAKER, In her Official Capacity as Deputy Director of Prisons, Clinical
    Services,
PAULA FRANTZ, In her Official Capacity as Chief Medical Officer,
TRAVIS TRANI, In his Official Capacity as Warden of Centennial Correctional Facility,
    (C.C.F.),

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On December 6, 2013, Plaintiff filed a Motion to Amend, ECF No. 20.  The Motion is denied as inappropriate.  The Court will not construe the Motion as an Amended Complaint.  Plaintiff has been instructed twice to file an Amended Complaint using a Court-approved form.  *See* ECF Nos. 13 and 19.  Plaintiff again is directed to submit an Amended Complaint in keeping with the Court's October 17, 2013 Order.  Plaintiff is required to use a Court-approved form to submit his Amended Complaint pursuant to Local Rule 5.1C. of the Local Rules of Practice for the United States District Court for the District of Colorado.  Plaintiff is to complete and submit the Prisoner Complaint by December 13, 2013.  If Plaintiff fails to comply within the time allowed the Complaint and action will be dismissed without further notice.

Dated:  December 6, 2013,